**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ace of Wingz LLC,<br>Plaintiff,<br>v.<br>Smackin Wings LLC,<br>Defendant. | No. CV-25-04997-PHX-JZB<br>**ORDER** |

This matter was assigned to Magistrate Judge John Z. Boyle. (Doc. 2). On October 22, 2026, the Magistrate Judge filed a Report and Recommendation with this Court.[1] (Doc. 43). To date, no objections have been filed. The Magistrate Judge recommends that the Court grant Plaintiff's Motion for Default Judgment, grant Plaintiff's request for a

[1] This case is assigned to a Magistrate Judge. However, not all parties have consented to the jurisdiction of the Magistrate Judge. Thus, the matter is before this Court pursuant to General Order 21-25, which states in relevant part:

> When a United States Magistrate Judge to whom a civil action has been assigned pursuant to Local Rule 3.7(a)(1) considers dismissal to be appropriate but lacks the jurisdiction to do so under 28 U.S.C. § 636(c)(1) due to incomplete status of election by the parties to consent or not consent to the full authority of the Magistrate Judge,
>
> **IT IS ORDERED** that the Magistrate Judge will prepare a Report and Recommendation for the Chief United States District Judge or designee.
>
> **IT IS FURTHER ORDERED** designating the following District Court Judges to review and, if deemed suitable, to sign the order of dismissal on my behalf:
>
> Phoenix/Prescott: Senior United States District Judge Stephen M. McNamee

permanent injunction against Defendant with modifications, and grant Plaintiff's Motion for Attorney Fees with modifications. (Id.)

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation. Moreover, the Eitel factors favor entering default judgment against Defendant; Plaintiff has suffered an irreparable injury for which remedies available at law are inadequate to compensate, the balance of hardships proves that a remedy in equity is warranted, and the public interest would not be disserved by a permanent injunction; and Plaintiff is entitled to attorney fees because Defendant has failed to dispute Plaintiff's Application for Attorney Fees and Costs.

## CONCLUSION

Accordingly, for the reasons set forth,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 43).

**IT IS FURTHER ORDERED granting** Plaintiff Ace of Wingz LLC's Motion for Default Judgment against Defendant Smackin Wings LLC. (Doc. 41).

**IT IS FURTHER ORDERED granting** Plaintiff's proposed injunction **with modifications**. (Doc. 41).

**IT IS FURTHER ORDERED** that Defendant Smackin Wings, LLC, and its employees, agents, representatives, officers, attorneys, servants, suppliers, and all persons acting in concert and participation, are restrained and enjoined from: (1) advertising or selling, via the internet or otherwise, all products bearing Plaintiff's trade name or primary logo, in whole or in part, as it appears in social media advertising (2) in connection with chicken wing restaurant services and/or food items, or the promotion thereof. Defendant is permanently enjoined from using Plaintiff's name, "Ace of Wingz," in any font. Defendant is further permanently enjoined from using Plaintiff's black or red spade suit emblem, as well as the artistic illustration of the owner Abion Acoy's face in the form shown in the exhibits to the Motion for Default Judgment (Doc. 41). Finally, Defendant, its employees, agents, representatives, officers, attorneys, servants, suppliers, and all persons acting in concert or privity with Defendant, are permanently enjoined from assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to above.

**IT IS FURTHER ORDERED granting in-part** Plaintiff's Application for an Award of Attorneys' Fees and Related Non-Taxable Expenses. (Doc. 42).

**IT IS FURTHER ORDERED awarding** Plaintiff $18,027.50 in attorneys' fees and $16.80 in related non-taxable expenses.

**IT IS FURTHER ORDERED directing** the Clerk of Court to mail a copy of this Order to:

Smackin Wings LLC
c/o Deron Green
1430 N 32nd Street
Phoenix, AZ, Maricopa, 85008

**IT IS FURTHER ORDERED directing** the Clerk of Court to enter judgment accordingly and terminate this case.

Dated this 13th day of November, 2026.

Stephen M. McNamee
Senior United States District Judge